**Roy Allen THOMAS, Jr.,
Plaintiff–Appellant,**

v.

**Ronald J. ANGELONE, Director; M.E. Quinones, Doctor; Nurse Gilbert, R.N.; Nurse Justin, L.P.N.; Nurse Phillips, R.N.; Doctor Thompson, Wallens Ridge State Prison; Doctor Jurgelsky, Keen Mountain Correctional Center, Defendants–Appellees.**

No. 03–6613.

United States Court of Appeals,
Fourth Circuit.

Submitted June 12, 2003.

Decided June 20, 2003.

Roy Allen Thomas, Jr., Appellant Pro Se. Alexander Leonard Taylor, Jr., Office of the Attorney General of Virginia, Richmond, Virginia; Jim Harold Guynn, Jr., Melvin Edward Williams, Guynn & Memmer, P.C., Roanoke, Virginia, for Appellees.

Before WIDENER, LUTTIG and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Roy Allen Thomas, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Thomas v. Angelone*, No. CA–01–783–7 (W.D.Va. Mar. 31, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*